UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES, | Case No. 1:19-cv-00207-JDP |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| C/O PLANT, | RESPONSE DUE IN THIRTY DAYS |
| Defendant. | |

On November 8, 2019, the court screened plaintiff's complaint and directed him to respond within thirty days. ECF No. 11. Plaintiff has not filed a response and the time to do so has passed. Thus, the court will order plaintiff to show cause why his case should not be dismissed for failure to prosecute and failure to comply with a court order.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1. The court will give plaintiff a chance to explain why the court should not dismiss the case for his

1

failure to prosecute and to comply with a court order. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case.

Accordingly, plaintiff is ordered to show cause within thirty days why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: ___May 11, 2020___  
                                          _____  
                                          UNITED STATES MAGISTRATE JUDGE

No. 204.

2