UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O PLANT,<br><br>　　　　　Defendant. | No. 1:19-cv-00207-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 15) |

Plaintiff Eric Jones is a state prisoner proceeding *pro se* and *in forma pauperis* proceeding in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2019, the assigned magistrate judge issued a screening order under 28 U.S.C. § 1915A, concluding that the complaint plausibly stated a failure to protect claim but did not state a cognizable excessive use of force claim against the sole named defendant. (Doc. No. 11 at 2.) The court provided plaintiff thirty (30) days to: (1) file an amended complaint; (2) voluntarily dismiss the excessive force claim; or (3) notify the court he wishes to stand on his complaint subject to dismissal of claims consistent with the order. (*Id.* at 5–6.) The court cautioned plaintiff that his failure to respond to the court's screening order would result in dismissal of this action. (*Id.* at 6.)

/////

Well after the thirty (30) days period expired, the magistrate judge issued an order to show cause why the court should not dismiss the case for plaintiff's failure to prosecute and to comply with the court's screening order. (*See* Doc. No. 12 at 1–2.) On May 18, 2020, the order to show cause was returned to the court by the U.S. Postal Service marked as "Undeliverable. Refused. Unable to Forward." On November 30, 2020, the court's order reassigning this case to the undersigned was also returned as "Undeliverable. Inmate Refused." Plaintiff has not filed an updated address of record with the court, to the extent he may have been transferred or released, as required by Local Rule 182(f).

On May 3, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 15.) Plaintiff has not objected to the findings and recommendations and the opportunity to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 3, 2021 (Doc. No. 15) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to obey court orders and lack of prosecution; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 3, 2021**

UNITED STATES DISTRICT JUDGE